PERCY S. HILDRETH, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hildreth* v. *City of New York*, 111 App. Div. 63, affirmed.
(Argued October 29, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for services alleged to have been rendered.

*L. Laflin Kellogg, William D. Leonard* and *Alfred C. Petté* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.